UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| GLADYS MCCAULEY, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. 7:20-cv-968-AKK-GMB |
| CHAD GARETT, *et al.*, | ) ) ) | |
| Respondents. | ) | |

## MEMORANDUM OPINION

On May 25, 2021, the magistrate judge entered a report, doc. 7, recommending that Gladys McCauley's petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241, doc. 1, be dismissed with prejudice because § 2241 does not provide the court with authority to alter the location of McCauley's confinement or otherwise provide her with her requested relief. Although the magistrate judge advised the parties of their right to file specific written objections within 14 days, doc. 7 at 9-10, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, McCauley's petition for a writ of habeas corpus is **DENIED**, and the Respondents' motion for summary judgment is **GRANTED**.

A separate order will be entered.

**DONE** the 29th day of June, 2021

                                                **ABDUL K. KALLON**
                                             UNITED STATES DISTRICT JUDGE